JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JO BUSCOMBE,<br><br>Defendants. | Case No. SACV14-00412 JLS (RNBx)<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR RESCISSION OF INSURANCE CONTRACT AND DISMISSAL OF REMAINING CLAIMS FOR RELIEF** |

Based upon the Stipulation of the parties for entry of judgment herein, and good cause appearing therefore, the following is hereby **ORDERED**:

1. Judgment is entered in favor of Plaintiff The Guardian Life Insurance Company of America ("Guardian") and against Defendant Mary Jo Buscombe ("Ms. Buscombe") for rescission of life insurance policy number 6629460 (the "Policy");

2. The subject Policy is rescinded, declared null and void and of no force and effect whatsoever;

3. All actions taken by Guardian with reference to Ms. Buscombe and David A. Buscombe ("Mr. Buscombe") were reasonable and done in good faith;

JUDGMENT PURSUANT TO STIPULATION FOR RESCISSION OF INSURANCE
CONTRACT AND DISMISSAL OF REMAINING CLAIMS FOR RELIEF

4. Guardian is fully and forever discharged from any and all liability to Ms. Buscombe or any other party under or arising out of the subject Policy. Ms. Buscombe is fully and forever discharged from any and all liability to Guardian or any other party under or arising out of the subject Policy;

5. Pursuant to California Civil Code Section 1691(b), Guardian shall restore and refund all premiums paid for the Policy, in the amount of $968.04, plus interest, to Ms. Buscombe within 30 days following the Court's execution of this Order; and

6. All remaining claims for relief contained in the Complaint are hereby dismissed with prejudice, and each party shall bear their own costs, disbursements, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE